## Dorothy Goodman, Appellant, v. Melvin Goodman, Appellee.

### Gen. No. 40,884.

Heard in first division, first district, this court at October term, 1939; opinion filed April 8, 1940. Allan R. Bloch, for appellant; Arthur J. Hoffman, of counsel; William Feldman, for appellee. Opinion by Justice O'Connor. "Not to be published in full."

## M. F. Unger, Appellee, v. Dr. Hartnack Exterminating Service, Inc., Appellant.

### Gen. No. 40,893.

Heard in first division, first district, this court at October term, 1939; opinion filed April 8, 1940. Albert E. Hallett, Jr., for appellant; Miles Wlodek, for appellee. Opinion by Justice O'Connor. "Not to be published in full."